## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mednick, Neil

Printed: 9/30/08

Case Number: 08 B 08736
Judge: Hollis, Pamela S
Filed: 4/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed: August 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | AmeriCash Loans, LLC | Unsecured | 2,884.49 | 0.00 |
| 2. | Jefferson Capital | Unsecured | 646.84 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 1,093.80 | 0.00 |
| 4. | Bank Of Marin | Unsecured | 565.11 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 481.17 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 933.12 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 280.00 | 0.00 |
| 8. | Cavalry Portfolio Services | Unsecured | 11,931.55 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 898.14 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,144.68 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 851.23 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 538.67 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 497.65 | 0.00 |
| 14. | Artistic Solutions Inc | Unsecured | | No Claim Filed |
| 15. | Harris & Harris | Unsecured | | No Claim Filed |
| 16. | Arrowhead Investments | Unsecured | | No Claim Filed |
| 17. | Anderson Crenshaw Asso | Unsecured | | No Claim Filed |
| 18. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 19. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 20. | Chase | Unsecured | | No Claim Filed |
| 21. | First American Investment | Unsecured | | No Claim Filed |
| 22. | Harris & Harris | Unsecured | | No Claim Filed |
| 23. | American Collections & Credit | Unsecured | | No Claim Filed |
| 24. | KCA Financial Services | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mednick, Neil

Printed:  9/30/08

Case Number:  08 B 08736

Judge:  Hollis, Pamela S

Filed:  4/10/08

| | | | |
|---|---|---|---|
| 26. | MTE Financial | Unsecured | No Claim Filed |
| 27. | HSBC | Unsecured | No Claim Filed |
| 28. | U S Cellular | Unsecured | No Claim Filed |
| 29. | Pellettieri & Associates | Unsecured | No Claim Filed |
| 30. | MRSI | Unsecured | No Claim Filed |
| 31. | Harris & Harris | Unsecured | No Claim Filed |

$ 22,746.45          $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: